IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PIYA BROTHERS, INC. d/b/a § | |
| Triangle Food Mart § | |
| § | |
| VS. § | ACTION NO. 4:15-CV-887-Y |
| § | |
| DEPOSITORS INSURANCE COMPANY § | |

ORDER GRANTING AGREED MOTION TO SUBSTITUTE PARTY

Pending before the Court is the Agreed Motion to Substitute Depositors Insurance Company as Defendant and to Amend Case Caption (doc. 10).[1]  After review of the motion, the Court concludes that it should be and hereby is GRANTED.  Nationwide Insurance Company of America is terminated as a party defendant, and Depositors Insurance Company is substituted in its place as the defendant in this action.  The style of this cause is changed to that reflected above.  The clerk of the Court is DIRECTED to change the style on the Court's docket, and all future filings shall include the new style.

It is further ORDERED that no later than **February 5, 2016**, Depositors Insurance Company shall file a supplement to its notice of removal demonstrating that this Court's exercise of diversity subject-matter jurisdiction remains appropriate in light of the substitution of Depositors Insurance Company as defendant.

SIGNED January 6, 2016.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The Court did not receive an **electronic** proposed order with the motion. Counsel are reminded that all motions require an electronic proposed order and that providing one generally expedites the Court's consideration of the motion to which the order pertains.  See N.D. Tex. L. Civ. R. 7.1(c); ECF Admin. Procedures Manual at 3, ¶ II(F).