IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PIYA BROTHERS, INC. D/B/A TRIANGLE FOOD MART, *Plaintiff,* | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:15-cv-887-Y |
| DEPOSITORS INSURANCE COMPANY, *Defendant.* | § § § | |

## NOTICE OF SETTLEMENT

Defendant Depositors Insurance Company provides notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, Defendant respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare an appropriate motion to obtain a final dismissal of this case.

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert R. Russell
Texas Bar No. 24056246
rrussell@smsm.com
Lauren L. Burgess
Texas Bar No. 24082751
lburgess@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 - Facsimile

**ATTORNEYS FOR DEFENDANT
DEPOSITORS INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing instrument has been served upon the following counsel of record via CM/ECF on this the 30th day of August, 2016:

Bryan Beverly
Bill L. Voss
Scott G. Hunziker
The Voss Law Firm, P.C.
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380

Brad Dickinson
Dickinson Bartlett, P.C.
4849 Greenville Ave, Suite 1550
Dallas, Texas 75206

                                       */s/ Patrick M. Kemp*
                                       Patrick M. Kemp