IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PIYA BROTHERS, INC. D/B/A § <br> TRIANGLE FOOD MART, § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> DEPOSITORS INSURANCE COMPANY, § <br> *Defendant.* § | CIVIL ACTION NO. 4:15-cv-887-Y |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Piya Brothers, Inc. d/b/a Triangle Food Mart ("Plaintiff") and Defendant Depositors Insurance Company ("Defendant") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(A)(1)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage allegedly caused by a hailstorm within the effective dates of a policy of insurance issued to Plaintiff by Defendant.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

*[signature]*

C. Bryan Beverly
Texas Bar No. 24082688
bryan@vosslawfirm.com
Scott G. Hunziker
Texas Bar No. 24032446
scott@vosslawfirm.com
The Voss Law Firm, P.C.
The Voss Law Center
26619 Interstate 45
The Woodlands, Texas 77380
Telephone (713) 861-0015
Facsimile (713) 861-0021

and

Brad Dickinson
Dickinson Bartlett, P.C.
4849 Greenville Ave., Suite 1550
Dallas, Texas 75206
bradd@dblaws.com
Telephone (214) 368-3055
Facsimile (214) 368-3088

**ATTORNEYS FOR PLAINTIFF PIYA BROTHERS, INC. D/B/A TRIANGLE FOOD MART**

*[signature]*

Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert R. Russell
Texas Bar No. 24056246
rrussell@smsm.com
Lauren L. Burgess
Texas Bar No. 24082751
lburgess@smsm.com
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
100 Congress Ave., Suite 800
Austin, Texas 78701
Telephone (512) 476-7834
Facsimile (512) 476-7832

**ATTORNEYS FOR DEFENDANT DEPOSITORS INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 26th of September 2016 to:

Bryan Beverly
Bill L. Voss
Scott G. Hunziker
The Voss Law Firm, P.C.
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380

Brad Dickinson
Dickinson Bartlett, P.C.
4849 Greenville Ave, Suite 1550
Dallas, Texas 75206

/s/ *Patrick M. Kemp*
Patrick M. Kemp

3