IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PIYA BROTHERS, INC. d/b/a Triangle Food Mart | § § § | |
| VS. | § § | ACTION NO. 4:15-CV-887-Y |
| DEPOSITORS INSURANCE COMPANY | § | |

FINAL JUDGMENT

In accordance with the Stipulation of Dismissal filed on September 26, 2016, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne, as agreed by the parties, by the party incurring same.

SIGNED September 27, 2016.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo
TRM/chr